**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA     :

                            :

                            :

       v.                   :       CRIMINAL ACTION NO.

                            :       1:10-CR-0186-RWS

PATRICIA ELIZABETH         :

HOLGUIN, a/k/a Patricia E.      :

Mercado De Holguin,          :

                            :

       Defendant.       :

## **ORDER**

This case is before the Court for consideration of the Report and

Recommendation [42] of Magistrate Judge Gerrilyn G. Brill.  After reviewing

the Report and Recommendation, it is received with approval and adopted as

the Opinion and Order of this Court.  Accordingly, Defendant's Motion to

Suppress Evidence [24] is hereby **DENIED**.

      **SO ORDERED** this __3rd__ day of June, 2011.

 

_____

RICHARD W. STORY

UNITED STATES DISTRICT JUDGE